**United States District Court**
**Western District of New York**

Official Committee of Unsecured Creditors

Appellant.

NOTICE OF FILING
OF BANKRUPTCY APPEAL

25-CV-538

BK: 1-20-10322-CLB

    A NOTICE OF APPEAL in the above entitled action was filed in this office on the 20th day of June, 2025
    Please consult Bankruptcy Rule 8009 for the schedule for filing and serving briefs and reply briefs.

DATED: June 23, 2025
       Buffalo, New York

          **Mary C. Loewenguth**
          **Clerk of Court**
          **United States District Court**

          By: s/ Colin J.
             Deputy clerk